OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



02 1R        $ 00.26⁵
0006557458   NOV 06 2014
MAILED FROM ZIP CODE 78701

11/3/2014

**HOPKINS, KEVIN ANTHONY**   Tr. Ct. No. 1051367-A        **WR-82,389-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RTS
Discharged   KEVIN ANTHONY HOPKINS
             TDC # 1454932